# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Raymond Graf, | **Civil No. 14-1822 (SRN/SER)** |
| Plaintiff/Counter-Defendant, | |
| v. | **ORDER** |
| Pinnacle Asset Group, LLC, | |
| Defendant/Counter-Claimant, | |
| and Warren Kelley, individually, Mr. Wells, individually, and Anthony Morgan, individually, | |
| Defendants. | |

Thomas J. Lyons, Jr., Esq., Consumer Justice Center P.A., 367 Commerce Court, Vadnais Heights, Minnesota 55127, for Plaintiff/Counter-Defendant.

Janet G. Stellpflug, Wyatt S. Partridge, and Sarah E. Roeder, Esqs., Foley & Mansfield PLLP, 250 Marquette Avenue, Suite 1200, Minneapolis, Minnesota 55401, for Defendant/Counter-Claimant.

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff Raymond Graf's Motion to Dismiss Defendant Pinnacle's Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(1) [Doc. No. 22] is

**GRANTED** and that Defendant Pinnacle Asset Group, LLC's counterclaims are **DISMISSED without prejudice**.

Dated: February 12, 2015

                                                s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Court Judge